**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
_____ DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 1 4 2001

**JAMES W. McCORMACK, CLERK**

By:_____
                          DEP CLERK

_Willis Hampton_
_505 Alston St._
_Morrilton, Ar. 72110_
(Name of plaintiff or plaintiffs)

v.

_Ms. Clem Barrett_
_C/o kimberly clark_

_480 Exchange Ave._
_Conway, Ar. 72032_
(Name of defendant or defendants)

CIVIL ACTION NO. **4-01  CV00   291 WRW**
(case number to be supplied by the assignment clerk)

_Mr. Glenn Cochrad_
_C/o Vescom Security Inc._
_705 Main Road North_
_Hampden, Me. 04444_

This case assigned to District Judge _Wilson_
and to Magistrate Judge _Cavaneau_

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for

employment discrimination.  Jurisdiction is specifically conferred on the Court by 42 U.S.C. §

2000e-5.   Equitable and other relief are also sought under 42 U.S.C. § 2000e-5 (g).

2.      Plaintiff, _Willis Hampton_, is a
                        (name of plaintiff)

citizen of the United States and resides at _505 Alston St._,
                                              (street address)

_Morrilton_, _Conway_, _Arkansas_, _72110_,
(city)        (county)        (state)        (ZIP)

_501-354-5468_.
(telephone)

3.      Defendant, _Ms. Clem Barrett / kimberly clark_, lives at, or its
                        (name of defendant)

DOCUMENT
NUMBER
2

business is located at *480 Exchange Ave. , Conway* ,
(street address)                                    (city)

*Faulkner* , *Arkansas* , *72032* .
(county)            (state)            (ZIP)

4.    Plaintiff sought employment from the defendant or was employed by the

defendant at *480 Exchange Ave. , Conway* ,
(street address)                              (city)

*Faulkner* , *Arkansas* , *77032* .
(county)            (state)            (ZIP)

5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9

and 10 of the complaint on or about *17* *07* *2000* .
(day)            (month)            (year)

6.    Plaintiff filed charges against the defendant with the Equal Employment

Opportunity Commission charging defendant with the acts of discrimination indicated in

paragraphs 9 and 10 of this complaint on or about *10* *01* *2001* .
(day)            (month)            (year)

7.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue

which was received by plaintiff on *18* *01* *2001* , a copy of which notice
(day)            (month)            (year)

is attached to this complaint.

8.    Because of plaintiff's (1) *Black* race, (2) _____ color, (3) *m* sex,

(4) _____ religion, (5) _____ national origin, defendant:

(a) *✓* failed to employ plaintiff.

(b) _____ terminated plaintiff's employment.

(c) _____ failed to promote plaintiff.

(d) *✓* *O was discrimination against by*

Ms. Clem Barrett the liaison person between Kimberly Clark Corp. and Vescom Security Inc.

9.    The circumstances under which the defendant discriminated against plaintiff were as follows: I feel I was discrimination because I was black, and Ms. Barrett is black also, and Ms. Barrett didn't want me in that position as account Supervisor at Kimberly Clark.

10.    The acts set forth in paragraph 9 of this complaint:

(a) _____ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) __✓__ may still be being committed by defendant.

11.    Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) ___✓___ Defendant be directed to re-employ plaintiff, and

(c) ___✓___ Defendant be directed to promote plaintiff, and

(d) ___✓___ Defendant be directed to *see Attach sheet* _____

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

*Willie Hampton*
SIGNATURE OF PLAINTIFF



On July 13, 2000 Willis Hampton
was hired by Vescom Security
as an account Supervisor
assigned to work at Kimberly-
Clark in conway, Arkansas.
      On July 17, 2000 I was dischar-
ged as account Supervisor
at Kimberly-clark. I was inform-
ed by the Regional manager of
Vescom that MS. Clem
Garrett who is in charge
of Security at Kimberly-clark
said she didn't want me
as account Supervisor, and
not even a Security officer
at Kimberly-clark, I feel I
was treated unfair by ms.
Clem Garrett, Kimberly-clark
and Vescom. I feel I was
Wrongfull Termination, I
have suffer mental anguish,
emotional injuries, Slander
Defamation of character. I feel
this is another type of
Discrimination base on
Race and age. ms. Clem Garrett
and mr. Glenn Cochrad did
not give me the reason why
Ms. Clem Garrett didn't want
me at Kimberly - Clark.

I feel my civil and const-
itutional rights have been
violated. I suffer suffering and
pain, harm to my reputation.
I am holding ms. clem
garret, kimberly-clark, and
vescom liability. I am seeking
monetary damages, compensation
damages, punitive damages.
I am requesting a jury
trail, and attorney fee be paid
by kimberly-clark and vescom.
ms. clem garret is the
liaison between kimberly-
clark and vescom Security

Ms. Clem Garrett
C/o Kimberly Clark Corp.
480 Exchange Ave.
Conway, AR. 72032


Mr. Glen Cockrad
C/o Vescom Security
705 Main Road North
Hampden, ME. 04444

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

PLAINTIFF(S)
*Willis Hampton*
*505 Alston St*
*Morrilton Ar, Ar.72110*          CASE NUMBER
*v. Clem Barrett    Mr Glenn Cochrad*
*Kimberly Clark    c/o Vescom Security Inc.*
*505 Alston St 72032    705 main Road North*
DEFENDANT(S)    *Hampden, Me. 04444*



## COMPLAINT

1.)   Plaintiff(s) name and address(es)

2.)   Defendant(s) name and address(es)

3.)   Jurisdiction

4.)   Venue

5.)   Factual basis for lawsuit

6.)   Relief sought (including request for jury trial).


*Willis Hampton*

Signature
Printed Name *Willis Hampton*
Printed Address *505 Alston St*
                *Morrilton, Ar.72110*
Telephone Number *501-354-5468*
Arkansas Bar Number (if applicable)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: Willis Hampton<br>P O BOX 151<br>CONWAY, AR 72033 | From: E.E.O.C<br>Little Rock Area Office<br>425 W Capitol Suite 625<br>Little Rock AR 72201 |
|---|---|

☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL ( 29 C.F.R. 1601.7(a) )*

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 251A10448 | Virginia Pollard, Sup | (501) 324-5060 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ We cannot investigate your charge because it was not filed within the time limit required by law.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

_Kay Kuigh_ *(signature)*

Kay Klugh, Director

January 18, 2001
*(Date)*

**Enclosure(s)**

cc: KIMBERLY CLARK
480 COMMERCE ROAD
CONWAY, AR 72032

| CHARGE OF DISCRIMINATION | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | ☐ FEPA<br>☒ EEOC | 251A10448 |

| | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Willis Hampton | (501) 505-3625 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| P O Box 151, Conway, AR 72033 | | 08/20/1948 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Kimberly Clark | Cat D (501 +) | (501) 329-2973 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 480 Commerce Road, Conway, AR 72032 | | 045 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify)* | EARLIEST              LATEST<br>07/17/2000<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

On July 13, 2000, I was hired by Vescom Security as an Account Supervisor assigned to work at Kimberly Clark in Conway, Arkansas.  On July 17, 2000, I was discharged.

I was informed by the Regional Manager of Vescom that the Security, Health and Safety Officer of Kimberly Clark did not want me working there.

I believe I was discharged because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Month, day and year) |
| Date 01-10-2001   Charging Party *Willis Hampton (Signature)* | |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: Willis Hampton<br>P O BOX 151<br>CONWAY, AR 72033 | From: E.E.O.C<br>Little Rock Area Office<br>425 W Capitol Suite 625<br>Little Rock AR 72201 |
|---|---|

☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL ( 29 C.F.R. 1601.7(a) )*

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 251A10447 | Virginia Pollard, Sup | (501) 324-5060 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ We cannot investigate your charge because it was not filed within the time limit required by law.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

_Kay Klugh_ __

Kay Klugh, Director

Enclosure(s)

January 16, 2001
*(Date)*

cc: VESCOM SECURITY
705 MAIN ROAD NORTH
HAMPDEN, ME 04444

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA  ☒ EEOC | 251A10447 |

_____ and EEOC

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Willis Hampton | (501) 505-3625 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| P O Box 151, Conway, AR 72033 | 08/20/1948 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| VESCOM SECURITY | Cat A (15-100) | (800) 841-1769 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 705 Main Road North, Hampden, ME 04444 | 019 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)* | EARLIEST          LATEST  07/17/2000  ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

On July 13, 2000, I was hired by Vescom Security as an Account Supervisor assigned to work at Kimberly Clark in Conway, Arkansas.  On July 17, 2000, I was discharged.

I was informed by the Regional Manager of Vescom that the Security, Health and Safety Officer of Kimberly Clark did not want me working there.

I believe I was discharged because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| Date 01-10-2001  Charging Party *(Signature)* Willis Hampton | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |



**United States**
**Equal Employment Opportunity Commission**
**Memphis District Office**
1407 Union Avenue, Memphis, TN  38104
**Phone: 901/544-0115**
**Fax:   901/544-0111**

March 28, 2001

Mr. Willis Hampton
P.O. Box 151
Conway, AR   72033

**IN RESPONSE REFER TO:**   A1-05-FOIA-346-ME

Dear Mr. Hampton:

　　　Your Freedom of Information Act (FOIA) request dated February 5, 2001, was transferred from our Little Rock Area Office and was received in this office on February 28, 2001.  Under 29 C.F.R. §1610.7(d) of the Commission's Regulations, your FOIA request was deemed received by the Commission when it was actually received by the Regional Attorney. You are the Charging Party in this case and you have requested a copy of your notes from the Commission's file pertaining to  closed Title VII Charge No. 251-A1-0448, *WILLIS HAMPTON v. KIMBERLY CLARK*.  The Notice of Right to Sue was issued on January 18, 2001. Your request is granted.  The notes you requested are enclosed.

　　　　　　　　　Sincerely,

　　　　　　　　　*Susan L. Owen* for
　　　　　　　　　Katharine W. Kores
　　　　　　　　　Regional Attorney

Enclosures
p:\home\pkronz\foias.2001\A1-05-FOIA.346

**U.S. Department of Labor**      Employment Standards Administration
Office of Federal Contract
Compliance Programs

A. Maceo Smith Federal Building
525 South Griffin St., Rm 840
Dallas, Texas 75202-5007

FEB 14 2001

Mr. Willis Hampton
P.O. Box 151
Conway, Arkansas 72033

Dear Mr. Hampton:

This is in response to your complaint filed against Vescom Corporation
alleging discrimination based on your "Race-Black." Complaints of
alleged discrimination on the basis of "Race" are filed under the
Executive Order 11246, as amended, and are deemed simultaneously dual
filed under Title VII of the Civil Rights Act of 1964, as amended.

The Office of Federal Contract Compliance Program administers
Executive Order 11246, which prohibits discrimination in employment by
federal contractors on the basis of race, color, religion, sex, or
national origin. The Equal Employment Opportunity Commission (EEOC)
administers Title VII of the Civil Rights Act of 1964, as amended,
which also prohibits discrimination by labor organizations, employment
agencies, employers of 15 persons or more, and State and local
governments. A Memorandum of Understanding between the OFCCP and EEOC
provides that the EEOC will investigate individual complaints of
discrimination covered by both Executive Order 11246 and Title VII.
Therefore, we referred your complaint to the following EEOC office for
processing. If you have any further questions or information regarding
your complaint, you may contact:

Ms. Kay Klugh
EEOC Director
Little Rock Area Office
425 West Capitol Ave., Room 625
Little Rock, Arkansas 72201
Telephone: 501-324-5060

If you have any questions regarding the referral, you may contact
Marlene Mose or Carol Torres at 214/767-2804.

Sincerely,

FRED AZUA, JR.
Regional Director

 **Kimberly-Clark**

**Conway Mills**

August 2, 2000

Mr. Willis Hampton
P.O. Box 151
Conway, AR 72033

Mr. Hampton:

We have received your letter dated July 20, 2000 addressed to Clem Garrett.

Any information pertaining to your career opportunities with Vescom Corporation should
be addressed to them specifically.

Hopefully, any questions you have will be answered to your satisfaction.

Elliott Goldson
Human Resources

fc

*July 20, 2000*

*Ms. Clem Garrett*
*C/o Kimberly Clark Corp.*
*480 Exchange Av.*
*Conway, Arkansas*

*Dear Ms. Clem Garrett,*

*This letter is in concern of the following information that was release to me about the position that I interviewed for, an why I was not chosen for that position.*

*I am requesting under the Freedom of Information Act the reason why you suggested that I wasn't the right candidate for this position (supervisor / security officer.) If there's any information that you can relay to me please contact me the following (P. O. Box 151, Conway, Arkansas 72033)*

*I look forward in hearing from you very soon.*

*Sincerely,*
*Mr. Willis Hampton*

1175 Morningside Drive - Conway, AR 72032
**APPLY IN PERSON**

# CAREERS IN SECURITY

Join a progressive corporation providing security in the Conway, AR area with an eye toward the future.

*ACCOUNT SUPERVISOR*
Start **$9.00** hour
*ASSISTANT ACCOUNT SUPERVISOR*
Start **$8.00** hour
*SECURITY OFFICERS*
Start **$7.50** hour

*BENEFITS*
Paid OT for Holidays
Paid Vacation, Personal Days
Paid Major Medical & Dental
$10,000 Life Insurance
Merit Raises

You must have a high school diploma or GED, 18 or older, no criminal history & pass a drug screen.

To schedule an interview call:
**Vescom Corporation**
(800) 841-1769
Ad paid for by an EOE

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Ms. Clem Garrett
Kimberly Clark Corp.
480 Exchange Av.
Conway, Ar. 72032

4a. Article Number

4b. Service Type

☐ Registered            ☒ Certified

☐ Express Mail          ☐ Insured

☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery   7-24-0

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*

X *P. Blake*

PS Form **3811**, December 1994          102595-97-B-0179          Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

12-1982  0071

| **WILLIS HAMPTON** | | | MS | Dep | | Per Beg | Per End | Check Date | Check N |
|---|---|---|---|---|---|---|---|---|---|
| SS# 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 | EMP# | 0198201911 | S/C | 00/00 | | 07/01/2000 | 07/15/2000 | 07/20/2000 | 243 |

| | **Earnings** | **Taxes** | **Deductions** | | |
|---|---|---|---|---|---|
| **Current** | 117.00 | 10.28 | .00 | **Deductions** | **Amount** | **YTD Amoun** |
| **Y-T-D** | 117.00 | 10.28 | .00 | | | |

**Deductions and Taxes**

| Deductions | Amount | YTD Amoun |
|---|---|---|
| MEDICARE | 1.70 | 1. |
| SOC SEC | 7.25 | 7. |
| FEDERAL | .99 | . |
| ARKANSAS | .34 | . |

| Earnings Type | Rate | Quantity | Amount | Year to Date |
|---|---|---|---|---|
| REGULAR | 9.0000 | 13.00 | 117.00 | 117.00 |

VESCOM CORP                    HAMPDEN, ME      04444
705 MAIN ROAD NORTH

| **Accruals** | **Balance** | **Taken** |
|---|---|---|
| VACATION | | |
| SICK | | |
| HOLIDAY | | |
| PERSONAL | | |

**Direct Deposits and Net Pay**

| | | |
|---|---|---|
| Net Pay | 106.7 |
| Check Amt | 106.7 |

DETACH ALONG THIS PERFORATION